■ ANNETTE DELANO et al., Respondents, v GREG LIEBLER et al., Appellants. [869 NYS2d 823]

Present—Hurlbutt, J.P., Smith, Centra, Green and Pine, JJ.